## HUNTER v. POWELL.

Court of Appeals of Kentucky.

(Decided March 3, 1933.)

C. P. MOORE for appellant.

J. R. LLEWELLYN for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## WESTERN & SOUTHERN LIFE INSURANCE COMPANY v. DREXELIUS' ADMINISTRATRIX.

Court of Appeals of Kentucky.

(Decided March 3, 1933.)

ROUSE & PRICE for appellant.

STANLEY CHRISMAN for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

## CALVIN v. FRANKLIN TITLE & TRUST COMPANY.

Court of Appeals of Kentucky.

(Decided March 10, 1933.)

J. W. FOWLER, Jr., for appellant.

O'NEAL & O'NEAL and MAX GREENSTEIN for appellee.

PER CURIAM.

Appeal denied; judgment affirmed on authority of Ashland National Bank v. Conley, 231 Ky. 844, 22 S. W. (2d) ·270.